# United States District Court
## *Southern District of Georgia*

Mark Darnell Porter

### JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV614-79

United States of America

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That in accordance with the Court's Order of September 15, 2014 adopting the Report and

Recommendation of the Magistrate Judge as the opinion of the Court, Judgment is entered

denying the motion to vacate.

September 15, 2014
Date

Scott L. Poff
Clerk

*(By) Deputy Clerk*