UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| MARK DARNELL PORTER, | ) | |
| | ) | |
| Movant, | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | 6:14-cv-79 |
| | ) | |
| Respondent. | ) | |

## ORDER

Before the Court is Mark Darnell Porter's Notice of Appeal. ECF No. 9. The Court construes Porter's notice as a request for a Certificate of Appealability ("COA"). *See Edwards v. United States*, 114 F.3d 1083, 1084 (11th Cir. 1997). The Magistrate Judge issued a Report and Recommendation ("R&R"), in which the Judge recommended that Porter be denied a COA. ECF No. 4 at 6. The Court adopted the R&R as the opinion of the Court. ECF No. 7. Therefore, the COA is denied for the reasons set forth in the R&R.

Porter has not explicitly requested the right to appeal *in forma pauperis* ("IFP"). *See* ECF No. 9. However, the Court notes that it already denied Porter IFP status on appeal when it adopted the R&R. ECF No. 4 at 7. Therefore, Porter should be assessed the full filing fee of $505.

Porter's request for a COA, ECF No. 9, is ***DENIED***.

This 2̲3̲ day of September 2014

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA